1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOHN VODONICK,                                No.  2:21-cv-1008 JAM-EFB PS

12                 Plaintiff,

13          v.                                      ORDER

14    FEDERAL NATIONAL MORTGAGE
      ASSOCIATION, INC.,
15
                     Defendant.
16

17

18          On March 1, 2022, the magistrate judge filed findings and recommendations herein which

19    were served on the parties and which contained notice that any objections to the findings and

20    recommendations were to be filed within fourteen days.  Plaintiff filed objections on March 10,

21    2022, and they were considered by the undersigned.

22          This court reviews de novo those portions of the proposed findings of fact to which

23    objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore

24    Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As

25    to any portion of the proposed findings of fact to which no objection has been made, the court

26    assumes its correctness and decides the motions on the applicable law.  See Orand v. United

27    States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are

28    reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

1    The court has reviewed the applicable legal standards and, good cause appearing,

2   concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

3    Accordingly, IT IS ORDERED that:

4    1.  The proposed Findings and Recommendations filed March 1, 2022, are adopted;

5    2.  Defendant's motion to expunge lis pendens, ECF No. 16, is GRANTED.

6

7

8   Dated:  April 1, 2022                    /s/ John A. Mendez
                                              THE HONORABLE JOHN A. MENDEZ
9                                             UNITED STATES DISTRICT COURT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28