Timothy M. Ryan, Bar No. 178059
Andrew J. Mase, Bar No. 300680
THE RYAN FIRM
A Professional Corporation
2603 Main St, Suite 1225
Irvine, CA 92614
Telephone (949) 263-1800; Fax (949) 872-2211

Attorneys for Defendant Federal National Mortgage Association (erroneously sued as Federal National Mortgage Association, Inc.)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VODONICK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, INC., a federally chartered corporation, all persons claiming any right, title or interest in certain real property; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.:   2:21-CV-01008 -JAM-EFB<br>(Related Case No.: 2:15-cv-00539-JAM-EFB)<br>Date Action Filed: June 7, 2021<br><br>Assigned to:<br>District Judge John A. Mendez<br>Magistrate Judge Edmund F. Brennan<br><br>**ORDER EXPUNGING LIS PENDENS** |

1

**IT IS HEREBY ORDERED:**

1. The proposed Findings and Recommendations filed March 1, 2022, are adopted;

2. Defendant Federal National Mortgage Association's motion to expunge lis pendens, ECF No. 16, is GRANTED.

3. The Lis Pendens recorded as Document Number 20210017885 in the Official Records of Nevada County is expunged.

4. A certified copy of this order may be recorded on the real property described as:

APN 36-250-31

PARCEL 2 AS PER MAP FILED AUGUST 12, 1987, IN BOOK L7 OF PARCEL MAPS, PAGE 132. EXCEPT THE PERPETUAL RIGHT AND OWNERSHIP, TOGETHER WITH THE RIGHT TO MINE FOR, EXTRACT AND TAKE MINERALS FROM BENEATH THE SURFACE OF AND THE SUBSURFACE OF THAT PORTION OF THE SAID PROPERTY LYING MORE THAN ONE HUNDRED FEET BENEATH THE SURFACE THEREOF; PROVIDED THAT NO MINING OPERATIONS SHALL BE CONDUCTED BY SAID GRANTOR, ITS SUCCESSORS OR ASSIGNS, ON THE SURFACE OF THE REAL PROPERTY HEREIN CONVEYED OR AT ANY POINT WITHIN ONE HUNDRED FEET BELOW THE SURFACE THEREOF, AS RESENTED BY NEWMONT EXPLORATION LIMITED BY THE QUITCLAIM DEED RECORDED OCTOBER 15, 1970, IN BOOK 531 PAGE 29 OF OFFICIAL RECORDS.

DATED: April 14, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE