In the United States District Court

For the Eastern District of California

John Vodonick,

        Plaintiff,

vs.

Federal Home Loan Mortgage Association, all persons claiming any right, title or interest in certain real property, Does 1 through 50, inclusive.

        Defendants.

Case No. 2-21-CV-01008-JAM-EFB

Order on Joint Motion to Dismiss with Prejudice, Order Thereon, (FRCP Rule 41 (a)(2)

---

The Joint Motion of the Parties came before the Court, and having reviewed the stipulation and representations of the Parties, finds that this is a proper case for the dismissal of this action pursuant to Federal Rule 41 (a)(2), with prejudice, all Parties to bear their own costs and attorney fees,

1

Vodonick vs. Federal Home Loan Mortgage Association, Order Dismissing Case

1   It is hereby ORDERED THAT PLAINTIFF'S CASE IS DISMISSED with
2 prejudice all parties to bear their own costs and attorney fees
3 and the Clerk of the Court is ordered to so enter the same.  The
4 Clerk of the Court shall terminate any outstanding motions.
5
6 DATED:  July 18, 2022.
7                                         _____
                                          EDMUND F. BRENNAN
8                                         UNITED STATES MAGISTRATE JUDGE

2

Vodonick vs. Federal Home Loan Mortgage Association, Order Dismissing Case